UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: Harry Simpson, | CASE NO: 17-4756 |
| DEBTOR(S) | CHAPTER 13 |
| Address: 510 Johnson Street, Anderson, SC 29624 | |
| Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): xxx-xx-9852 | |

ORDER FOR CONTINUED ADMINISTRATION
AND TO DESIGNATE REPRESENTATIVE

This matter is before the Court on the Motion of debtor's counsel seeking to authorize continued administration of this Chapter 13 estate after the death of the Debtor, Harry Simpson, and to designate the Debtor's daughter, Mary Simpson, to represent the interest previously held by Debtor. It appearing that all creditors and parties in interest have been notified of said motion, and that no objections to said motion have been filed or served, and it appearing that good cause exists therefor it is

ORDERED that the continued administration of the within estate is authorized, and Mary Simpson, is hereby appointed representative of the debtor Harry Simpson herein.

IT IS SO ORDERED.

**FILED BY THE COURT**
**10/13/2021**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 10/13/2021